IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSHUA SELFRIDGE,

    Plaintiff,                               No. CIV S-07-1921 GEB DAD P

    vs.

DEUEL VOCATIONAL INSTITUTION,

    Defendants.                      FINDINGS & RECOMMENDATIONS

         By order filed September 22, 2008, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. In addition, plaintiff was granted thirty days to submit a certified copy of his prison trust account statement for the six month period immediately preceding the filing of his complaint. The thirty day period has now expired and plaintiff has not filed an amended complaint, has not submitted the trust account statement, or otherwise responded to the court's order.

         Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

         These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written

1

1 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
2 Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
3 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
4 F.2d 1153 (9th Cir. 1991).
5 DATED: November 18, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
self1921.fta